## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 4 WAL 2015
:
                Respondent    :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
         v.            :
:
:
:
NATHAN HENRY WILLIAMS,    :
:
                Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.